## Commonwealth ex rel. McMullen, Appellant, *v.* Rundle.

Submitted September 13, 1965. *Bernard McMullen,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. McMullin, Appellant, *v.* Myers.

Submitted September 13, 1965. *William McMullin,* appellant, in propria persona; *Philip M. Capone* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.